NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD D. COONAN,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D18-309
                                      )
JULIA COONAN,                         )
                                      )
            Appellee.                 )
                                      )
_____)

Opinion filed December 7, 2018.

Appeal from the Circuit Court for Pinellas
County; Amy Williams, Judge.

Michael J. Park of Park, Ossian, Barnaky
& Park, P.A., Clearwater, for Appellant.

Jane H. Grossman, St. Petersburg
(withdrew after briefing), for Appellee.

Julia Coonan, pro se.


PER CURIAM.


            Affirmed.


CASANUEVA, KELLY, and LUCAS, JJ., Concur.